## Hudson Estate.

Argued January 4, 1967. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

648

*Sara Duffy,* with her *Edward S. Lawhorne,* for appellant.

*Myer L. Carson,* with him *G. Ayres Swayze,* for appellee.

OPINION PER CURIAM, March 14, 1967:
Decree affirmed without prejudice to Jeremiah S. Vernon to pursue any other available legal remedy for the presentation of any claim he may have against the Estate of Edward B. Hudson, Jr., deceased, or Grace S. Hudson. Costs upon appellant.